UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., a minor, individually and on behalf of a proposed class,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 19-CV-2495-CAB-LL<br><br>**ORDER DENYING AMENDED PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>[Doc. No. 5] |

This matter is before the Court on an amended petition by Alexandra Feiles and Aron Feiles to be appointed as guardians ad litem for minor plaintiff J.F. The amended petition states that petitioners are J.F.'s parents and general guardians. As such, the appointment of petitioners as guardians ad litem is not mandatory because "[Federal Rule of Civil Procedure] 17(c)(1)(A) permits a 'general guardian' to sue in federal court on behalf of a minor, and a parent is a guardian who may so sue." *See Doe ex rel. Sisco v. Weed Union Elementary Sch. Dist.*, No. 2:13-CV-01145-GEB, 2013 WL 2666024, at *1 (E.D. Cal. June 12, 2013) (internal quotation marks and citation omitted). Because the Court is comfortable that petitioners, as J.F.'s parents and general guardians, will adequately protect J.F.'s interests, the case may proceed as permitted by Rule 17(c)(1)(A). Accordingly, it is

hereby **ORDERED** that the petition is **DENIED.** Issues concerning appointment of a guardian ad litem for any putative class members can be revisited in class certification briefing.

It is **SO ORDERED**.

Dated: January 7, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge