

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F. a minor, by and through Guardians Ad Litem Aron Feiles and Alexandra Feiles, individually on and on behalf of the proposed class<br><br>        **Plaintiff,**<br><br>      V.<br><br>San Diego County Unified School a government entity<br><br>        **Defendant.** | **Civil Action No.**   19-cv-2495-CAB-LL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth above, Defendant SDUSD's motion to dismiss the FAC is GRANTED. Plaintiff's FAC is DISMISSED without leave to amend. Case Closed.
It is SO ORDERED.

**Date:**   4/7/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Hazard
          A. Hazard, Deputy